Eliza VARDUMYAN, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 10–71340.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2013.*

Filed Sept. 30, 2013.

Areg Kazaryan, Law Offices of Areg
Kazaryan, Glendale, CA, for Petitioners.

Remi Adalemo, Trial, Luis E. Perez,
Senior Litigation Counsel, U.S. Depart-
ment of Justice, Washington, DC, Chief
Counsel Ice, Office of the Chief Counsel,
Department of Homeland Security, San
Francisco, CA, for Respondent.

Before: RAWLINSON, N.R. SMITH,
and CHRISTEN, Circuit Judges.

MEMORANDUM **

Eliza Vardumyan, a native and citizen of
Armenia, petitions for review of the Board
of Immigration Appeals' ("BIA") order de-
nying her motion to reopen removal pro-
ceedings. We have jurisdiction under 8
U.S.C. § 1252. We review for an abuse of
discretion the BIA's denial of a motion to
reopen. *Toufighi v. Mukasey*, 538 F.3d
988, 992 (9th Cir.2008). We deny the peti-
tion for review.

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

The BIA did not abuse its discretion in
denying Vardumyan's motion to reopen as
untimely where the motion was filed over
five years after the BIA's final order, *see* 8
C.F.R. § 1003.2(c)(2), and Vardumyan
failed to present material evidence of
changed circumstances in Armenia to qual-
ify for the regulatory exception to the time
limit for filing motions to reopen, *see* 8
C.F.R. § 1003.2(c)(3)(ii); *Malty v. Ash-
croft*, 381 F.3d 942, 945 (9th Cir.2004)
("The critical question is . . . whether cir-
cumstances have changed sufficiently that
a petitioner who previously did not have a
legitimate claim for asylum now has a well-
founded fear of future persecution.").

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.

